JAMES F. O'BRIEN, Appellant, v. THE CITY OF NEW YORK, Respondent.

*O'Brien* v. *City of New York*, 169 App. Div. 607, affirmed.
(Argued April 27, 1916; decided May 12, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 11, 1915, affirming a judgment in favor of defendant entered upon an order of Special Term sustaining a demurrer to and dismissing the complaint in an action to recover one-half the amount of fees collected by plaintiff in his official capacity and turned over to said defendant according to law. On January 1, 1914, plaintiff, having been duly elected to the office of sheriff of the county of Bronx, duly qualified for said office, and assumed the duties thereof. As appurtenant to plaintiff's duties as sheriff of said county, during the months of January, February and March, 1914, he collected the sum of $1,649.46 in fees regulated and prescribed by statute, for the various services performed by plaintiff for the community. As required by law (L. 1912, chap. 548, § 4) plaintiff deposited said amount with the chamberlain of the city of New York. Plaintiff claims that by virtue of the Laws of 1890, chapter 523, section 1, and the acts supplementary thereto and amendatory thereof, he is entitled to one-half of the amount so turned over.

*William Cohn* for appellant.

*Lamar Hardy, Corporation Counsel* (*Terence Farley* of counsel), for respondent.

Judgment affirmed, with costs, on opinion of CLARKE, J., below.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, CARDOZO and SEABURY, JJ.